LSK&D #: 367-5029 / 731535

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BRIAN MITCHELL,

                       Plaintiff,

-against-

HOBART CORPORATION,

                       Defendant.
-----------------------------------------------------------x

Docket No.: 05 CV 6904 (PKL)

**ORDER**

It is hereby ordered, pursuant to 28 U.S.C. Sec. 1404(a), that the captioned action is hereby transferred to the United States District Court for the Northern District of New York.

The Clerk of Court is hereby directed to transfer the entire file to the United States District Court for the Northern District of New York.

                       SO ORDERED      11/17/05

                       _____

                       Honorable Peter K. Leisure
                       District Judge